Adam E. Deitz, WSBA No. 55965
Mariner Law, PLLC
406 South 1st Street #300
Mount Vernon, WA 98273
Telephone: (360) 399-2788
Fax: (360) 395-3332
Email: adam@marinerlaw.com

Douglas G. Johnson, *pro hac vice pending*
Johnson & Associates, PC
330 L Street, Suite 100
Anchorage, AK 99501
Telephone: (907) 277-3090
Fax: (907) 313-5773
Email: doug@johnsonlawak.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MACHAR WAR,<br><br>    Plaintiff,<br><br>    v.<br><br>OCEAN PEACE INC., FISHING CO. OF ALASKA, INC., and AK VICTORY, INC.,<br><br>    Defendant. | AT LAW AND IN ADMIRALTY<br><br>Case No.: 2:23-cv-1568-JNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE AGAINST ALL PARTIES
CASE NO.: 2:23-CV-1568-JNW
PAGE - 1

**Mariner Law, PLLC**
406 South 1st Street #300
Mount Vernon, Washington 98273
(360) 399-2788 - Fax (360) 395-3332

## STIPULATION

Plaintiff MACHAR WAR and Defendants OCEAN PEACE INC., FISHING CO. OF ALASKA, INC., AND AK VICTORY, INC., by and through their respective attorneys of record, hereby stipulate and agree that all claims that were asserted in this action by either party against the other have been settled and shall be dismissed with prejudice, without attorney fees to any party, and without costs to any party. The parties request that the Court enter the below proposed Order dismissing this action with prejudice.

DATED this 18th day of March, 2024.

MARINER LAW, PLLC

/s/ Adam Deitz
Adam E. Deitz, WSBA No. 55965
406 South 1st Street #300
Mount Vernon, WA 98273
Telephone: (360) 399-2788
Fax: (360) 395-3332
Email: adam@marinerlaw.com
*Attorney for Plaintiff*

SCHWABE WILLIAMSON & WYATT, P.C.

/s/ Colin Folawn
Colin Folawn, WSBA No. 34211
1211 SW Fifth Avenue Suite 1900
Portland, OR 97204
Telephone: (206) 292-0460
Fax: (206) 292-0460
Email: cfolawn@schwabe.com
*Attorney for Defendants*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AGAINST ALL PARTIES
CASE NO.: 2:23-CV-1568-JNW
PAGE - 2

**Mariner Law, PLLC**
406 South 1st Street #300
Mount Vernon, Washington 98273
(360) 399-2788 - Fax (360) 395-3332

# ORDER

PURSUANT TO THE ABOVE STIPULATION, and the Court being advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all claims asserted by Plaintiff MACHAR WAR and Defendants OCEAN PEACE INC., FISHING CO. OF ALASKA, INC., AND AK VICTORY, INC., are dismissed with prejudice and without costs to any party.

This is a final order resolving this cause number.

DATED this 20th day of March, 2024.

_____
The Honorable Jamal N. Whitehead
United States District Court Judge

*Presented by:*

MARINER LAW, PLLC

*/s/ Adam E. Deitz*
Adam E. Deitz, WSBA No. 55965
*Attorney for Plaintiff*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AGAINST ALL PARTIES
CASE NO.: 2:23-CV-1568-JNW
PAGE - 3

**Mariner Law, PLLC**
406 South 1st Street #300
Mount Vernon, Washington  98273
(360) 399-2788 - Fax (360) 395-3332